No. 02–1671. THOMAS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–1679. BARKER v. MANCOR CAROLINA, INC. C. A. 4th Cir. Certiorari denied.

No. 02–1681. CAMPBELL v. JOHN HANCOCK FINANCIAL SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1685. ZISK ET AL. v. ZISK. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–1686. MCCARTHY v. SUPREME COURT OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 02–1687. MILLER ET UX. v. SILVER ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1688. SINGLETON v. CANNON, SHERIFF, CHARLESTON COUNTY, SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 02–1690. LESLIE v. ICA CONSTRUCTION CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1691. JAMES v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1694. WILLINGHAM v. LOUGHNAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1695. CADDELL, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF CADDELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–1696. KHAN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 02–1697. SCHLUTER v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 02–1698. KOVALCHICK ET UX. v. R/S FINANCIAL CORP. Super. Ct. Pa. Certiorari denied.